# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Criminal No. – JFM-10-0266 |
| | * | Civil No. JFM-15-802 |
| | * | |
| VINCENT HERNANDEZ | * | |
| | ****** | |

## **MEMORANDUM**

Vincent Hernandez has filed a motion under 28 U.S.C. §2255. The motion will be denied.

Federal statutes criminalizing the use and distribution of narcotics are constitutional. *Gonzalez v. Rauch*, 545 U.S. 1 (2005); *United States v. Harbin*, 2007 U.S. Dist. LEXIS 70033, at *13-14 (S.D. Tex. Sept. 21, 2007).

Count II of the indictment was not "constructively amended." There is sufficient evidence to establish that Hernandez possessed a firearm in furtherance of the conspiracy charged in count I.

Trial counsel was not at all ineffective in cross-examining the witnesses for the Government. Indeed, he was quite effective in doing so. His representation otherwise was effective in all respects.

A separate order denying Hernandez's motion is being entered herewith.

Date:   June 23, 2015          ___/s/_____
                               J. Frederick Motz
                               United States District Judge

1